UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SWAFFORD,<br><br>   Plaintiff,<br><br> v.<br><br>R. NEUSCHMID, et al.,<br><br>   Defendants. | Case No. 19-cv-01250-JSC<br><br>**ORDER OF TRANSFER** |

  Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983.[1] Plaintiff and Defendants are located at California State Prison – Solano, and the events giving rise to the complaint occurred there.

  When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a).

  California State Prison --- Solano, where the Defendants and the events giving rise to the complaint are located --- lies within the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84. Accordingly, in the interest of justice and pursuant to

---

[1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 5.)

28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer this matter forthwith. In light of this transfer, the Court defers to the Eastern District for ruling on the motions for leave to proceed in forma pauperis (ECF Nos. 2, 7), which the Clerk shall terminate from this Court's docket.

**IT IS SO ORDERED.**

Dated: April 22, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LEE SWAFFORD,

    Plaintiff,

v.

R. NEUSCHMID, et al.,

    Defendants.

Case No. 19-cv-01250-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lee Swafford ID: D-25499
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: April 22, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3